IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CANDIDO SOTO, | : | No. 3:22cv527 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| | : | |
| PABLO AGUERO, | : | |
| Defendant | : | |

## ORDER

Before the court for disposition is the Report and Recommendation ("R&R") issued by Magistrate Judge Martin C. Carlson on April 23, 2024. (Doc. 21). The R&R recommends dismissing this case with prejudice for failure to prosecute. No objections to the R&R have been filed, and the time for such filing has passed. Therefore, in deciding whether to adopt the R&R, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b) 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, the court finds neither a clear error on the face of the record nor a manifest injustice, and therefore, the R&R shall be adopted. It is hereby **ORDERED** as follows:

1) The magistrate judge's Report and Recommendation (Doc. 21) is **ADOPTED**;

2) The plaintiff's Complaint (Doc. 1) is **DISMISSED** with prejudice for failure to prosecute; and

3) The Clerk of Court is directed to close this case.

Date: 5/13/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court